**FILED**

June 30, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JONATHAN NIMIS, ) <br> ) <br> Defendant. ) | Case No. 2:09-mj-207 KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jonathan Nimis Case 2:09-mj-207 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $50,000, co-signed by defendant's parents

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond secured by Real Property

    \_   Corporate Surety Bail Bond

    _X_   (Other) Pretrial conditions/supervision;

Issued at   Sacramento, CA   on 6/30/09   at   2:53 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge