LAWRENCE G. BROWN
Acting United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:09-mj-207-KJM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| JONATHAN NIMIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill M. Thomas, counsel for the plaintiff, and defendant Jonathan Nimis, by and through his counsel Clarence Emmett Mahle, Esq., that good cause exists to extend the preliminary hearing currently set for July 20, 2009, at 2:00 p.m. to August 28, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided and the parties are close to a pre-indictment resolution of the case against the defendant. The defendant agrees that a continuance of the preliminary hearing date will not prejudice him because a pre-indictment resolution could result in an overall

sentencing exposure that is significantly reduced.  Both counsel believe a resolution on this case may occur within the next month.

    Counsel further stipulate that an exclusion of time from July 20, 2009, to August 28, 2009, is appropriate under the Speedy Trial Act because the government has provided discovery, and the government will need time to prepare and finalize a plea agreement for defense counsel to review the draft agreement and discuss its implications with the defendant.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

Dated: July 13, 2009                  /s/ Jill M. Thomas
                                        JILL M. THOMAS
                                        Assistant U.S. Attorney

Dated: July 13, 2009                  /s/ Clarence Emmett Mahle
                                        CLARENCE EMMETT MAHLE, ESQ.
                                        Counsel for Jonathan NIMIS

1   Based upon the representations by counsel and the stipulation
2 of the parties, **IT IS HEREBY ORDERED** that:
3   1.   The Court finds good cause to extend the Preliminary
4 Hearing currently set for July 20, 2009, to August 28, 2009, at 2:00
5 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
6   2.   Based upon the above representations and stipulation of
7 the parties, the Court further finds that the ends of justice
8 outweigh the best interest of the public and the defendant in a
9 speedy trial.  Accordingly, time under the Speedy Trial Act shall be
10 excluded through August 28, 2009.
11   SO ORDERED.
12 Dated: July 13, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE